**UNITED ATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ABNERSON GABRIEL VICENTE LUNA,

    Petitioner,

    v.

KRISTI NOEM, Secretary
U.S. Department of Homeland Security, *et al.*,

    Respondents.

Case No. 1:26-cv-00982-DLB

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Joint Notice filed by the Parties, the entire record in this case, the previous opinions of this Court in *Velasquez v. Noem*, No. 25-cv-3215-GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026) and *Leal-Hernandez v. Noem,* No. 25-cv-02428-JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025), and the reasoning of the Central District of California in *Maldonado Bautista v. Noem* decisions, at 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025) and 2026 WL 468284 (C.D. Cal. Feb. 18, 2026), and notwithstanding the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502-08 (5th Cir. Feb. 6, 2026), I find that no further briefing is necessary, and the Petition can be decided without a hearing.  It is therefore hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1.  Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2.    Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), with a meaningful consideration of the applicable, relevant factors by the Immigration Judge; such hearing shall be held <u>within 10 days of the Petitioner's filing of a motion</u> with the Immigration Court;

3.    Consistent with 8 C.F.R. § 1003.19, the bond hearing may be conducted by any Immigration Judge having jurisdiction over the Petitioner's detention or having administrative control over Petitioner's immigration case or removal proceeding and need not take place in Maryland;

4.    The Petitioner shall file a status report with the Court if a bond hearing *is not held* by an Immigration Judge within 10 days of the filing of a motion for a bond hearing by Petitioner;

5.    If a bond hearing *is held*, the parties shall file a status report with the Court within 7 days of the bond hearing, reporting the results;

6.    Petitioner's request for attorney's fees and costs is denied.

ORDERED that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated:  March 10, 2026

The Honorable Deborah L. Boardman
United States District Court Judge

2